# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF GEORGIA ATLANTA DIVISION

DANIEL LILIENFELD,                    *
*Derivatively on behalf of*           *
EBIX, INC.,                           *
                                      *
            Plaintiff,                *
                                      *
      v.                              *        1:21-CV-04590-ELR
                                      *
ROBIN RAINA, et al.,                  *
                                      *
            Defendants.               *
                                      *

_____

# O R D E R

_____

On January 17, 2022, the Parties filed a "Joint Motion to Stay Proceedings." [Doc. 19].  In their instant motion, the Parties indicate that a "related securities class action [is] pending in the U.S. District Court for the Southern District of New York" (the "Federal Class Action") and that the defendants in that case have filed a motion to dismiss.  [See id. at 2].  Thus, because "the outcome of the Federal Class Action may impact" the matter at bar, the Parties request that this Court stay all proceedings "pending resolution of defendants' motion to dismiss the Federal Class Action[,]" with certain exceptions for optional filings.  [See id. at 3].

The Court is not inclined to grant an indefinite stay of proceedings, and thus, **DENIES** the Parties' instant motion.  [Doc. 19].  Instead, the Court **DIRECTS** the

Clerk to **ADMINISTRATIVELY CLOSE** this case pending the U.S. District Court for the Southern District of New York's ruling on the motion to dismiss the related Federal Class Action.  The Court notes that administrative closure will not prejudice the rights of any Party to this litigation; a Party need only file a motion to reopen the case when they so choose.  Additionally, the Court **DIRECTS** the Parties as follows:

- Upon resolution of the motion to dismiss in the Federal Class Action, the Parties to this action shall notify the Court via a filing on the docket and—if appropriate—submit a joint or consent motion to reopen this case (accompanied by a proposed order);

- Notwithstanding the administrative closure, as the Parties have stipulated, Plaintiff may file an amended complaint once before this case is reopened without seeking leave of Court;

- Defendants' time to answer or otherwise respond to Plaintiff's Complaint (or any amended complaint) is extended through and including forty-five (45) calendar days after resolution of the motion to dismiss in the Federal Class Action; and

- The Parties shall share updates and information regarding this action (and any related litigation) as set forth by their instant motion.  [See Doc. 19].

**SO ORDERED**, this 18th day of January, 2022.

Eleanor L. Ross
United States District Judge
Northern District of Georgia