UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| DANIEL LILIENFELD, derivatively on behalf of EBIX INC., <br><br>             Plaintiff, <br><br>    v. <br><br> ROBIN RAINA, HANS U. BENZ, ROLF HERTER, NEIL D. ECKERT, PAVAN BHALLA, HANS U. KELLER, GEORGE W. HEBARD III, and STEVEN M. HAMIL, <br><br>             Defendants, <br><br>    - and - <br><br> EBIX, INC., <br><br>             Nominal Defendant. | Case No. 1:21-cv-04590-ELR |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL**

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), plaintiff Daniel Lilienfeld hereby voluntarily dismisses the above-captioned action (the "Action") without prejudice. Defendants have filed neither an answer nor a

1

motion for summary judgment in the Action, which has been administratively closed since January 18, 2022.

DATED: July 26, 2023

Respectfully Submitted,

**HOLZER & HOLZER, LLC**

*/s/ Joshua Karr*
Joshua Karr
Ga. Bar No. 202783
Corey D. Holzer
Ga. Bar No. 364698
Marshall P. Dees
Ga. Bar No. 105776
211 Perimeter Center Parkway, Suite 1010
Atlanta, GA 30346
(770) 392-0090
jkarr@holzerlaw.com
cholzer@holzerlaw.com
mdees@holzerlaw.com

**SHUMAN, GLENN & STECKER**
Kip B. Shuman
100 Pine Street, Ste. 1250
San Francisco, CA 94111
(303) 861-3003
kip@shumanlawfirm.com

Rusty E. Glenn
600 17th Street, Suite 2800 South
Denver, CO 80202
(303) 861-3003
rusty@shumanlawfirm.com

Brett D. Stecker
326 W. Lancaster Avenue

Ardmore, PA 19003
(303) 861-3003
brett@shumanlawfirm.com

*Counsel for Plaintiff Daniel Lilienfeld*

## CERTIFICATE OF SERVICE

The undersigned counsel certifies that on July 26, 2023, the foregoing was filed with the Clerk of Court using the CM/ECF system, which will automatically send notification of such filing to all counsel of record.

*/s/ Joshua Karr*
Joshua Karr

## RULE 7.1(D) CERTIFICATION

The undersigned counsel certifies that this document has been prepared with one of the font and point selections approved by the Court in Local Rule 5.1(C).

*/s/ Joshua Karr*
Joshua Karr

1